### 4341. WOFFORD v. THE STATE.

POTTLE, J. The evidence was not sufficient to support the verdict.

*Judgment reversed.*

DECIDED OCTOBER 22, 1912.

Indictment for sale of liquor; from city court of Cartersville— Judge Foute. June 29, 1912.

According to the testimony for the State, the sheriff gave marked dollar bills to John Price, with direction to go to the house where Lou Wofford (the accused) was staying, and get whisky with one of the bills, and then to go to another house and get whisky with another of the bills. He saw Price go into the house where Lou Wofford was staying, and in a few minutes come out into a side street and disappear. Price soon returned with a quart and a pint of whisky in separate bottles and of different brands. He did not see any bottle or whisky when Price came out of the house in which Lou Wofford was staying, and did not know where Price got the whisky. Later the sheriff went into the house, arrested Lou Wofford, and asked her if she had any money. He testified: "She said she did, and began to pull it out of her purse. She had some silver and a dollar bill, together with some keys, in the purse. She took the bill out of the purse and put it under the band of her skirt. I then took the bill out from under the band of the skirt. The bill is the one that I gave John Price." John Price did not testify. According to the defendant's statement and the testimony of her witnesses, John Price came to the house and asked her to change a dollar for him, and she gave him two half-dollars and took the dollar, and he did not get whisky there, and nothing was said about whisky.

*William T. Townsend*, for plaintiff in error.
*Watt H. Milner, solicitor*, contra.